UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS MARTINEZ VERDE,

    Plaintiff,

v.                                            Case No: 8:20-cv-317-CEH-JSS

PASCO COUNTY SHERIFF'S DEPARTMENT, CHRISTOPHER NOCCO, BRAD CLARK, CHRISTOPHER STARNES, ADAM TELLIER, RUSSELL MEISSNER, STEPHEN MCINNES and BERNIE MCCABE,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Defendant Christopher Starnes's Motion to Compel (Dkt. 58) and Plaintiff's Response (Dkt. 61). As Plaintiff has responded to the discovery requests at issue, Defendant Starnes's Motion is denied without prejudice. Defendant Starnes may renew the Motion, including the request for attorney's fees, if warranted. Accordingly, it is **ORDERED** that Defendant Starnes's Motion to Compel is **DENIED** without prejudice.

**DONE** and **ORDERED** in Tampa, Florida, on September 29, 2021.

                                                             JULIE S. SNEED
                                             UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record