UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS MARTINEZ VERDE,

    Plaintiff,

v.                                                          Case No: 8:20-cv-317-CEH-JSS

PASCO COUNTY SHERIFF'S
DEPARTMENT, CHRISTOPHER
NOCCO, BRAD CLARK,
CHRISTOPHER STARNES, ADAM
TELLIER, RUSSELL MEISSNER,
STEPHEN MCINNES and BERNIE
MCCABE,

    Defendants.
_____/

## **ORDER**

THIS MATTER is before the Court on Defendants Sheriff, Clark, Tellier, Meissner, and McInnes's Motion to Compel Mandatory Initial Disclosures and Discovery Responses from Plaintiff ("Motion") (Dkt. 60), Plaintiff's Response (Dkt. 64), and Defendants Sheriff, Clark, Tellier, Meissner, and McInnes's Supplement to the Motion to Compel (Dkt. 65). On October 22, 2021, the Court conducted a hearing on the Motion. At the hearing, Plaintiff asserts that he has responded to the discovery requests at issue. The Motion, therefore, is denied without prejudice. Defendants may renew the Motion, including the request for attorney's fees, if warranted. Accordingly, it is **ORDERED** that Defendants Sheriff, Clark, Tellier, Meissner, and McInnes's

Motion to Compel Mandatory Initial Disclosures and Discovery Responses from Plaintiff (Dkt. 60) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Tampa, Florida, on October 22, 2021.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record